JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 862 -- In re Practice Management Associates, Inc., Chiropractor Contract Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 90/09/10 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- filed by defendants Practice Management Associates, Inc., et al. for transfer of actions w/cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT:  Middle District of Florida  (ds) |
| 90/09/21 | | APPEARANCES: EDWIN A. FREY, ESQ. for Barry Canty, et al. and Patrick Montgomery, et al.; LAURIE WEBB DANIEL, ESQ. for Brock Pinelli and Gary Cohen, et al.; LARRY L. BEARD, ESQ. for Dr. Becky Boros, et al., Dr. Douglas Cochran, D.C., et al., and Dr. Mark Glesner, et al.; CHARLES C. MURPHY, JR., ESQ. for Cotello Leasing Company, Inc., Dr. Peter Fernandez, P.C., P.M.A. Computer Services, Inc., P.M.A. Equipment Co., Inc., P.M.A. Printing Company, Inc., P.M.A. Signs, Inc., P.M.A. Winners Circle Office Supplies, Inc., Peter G. Gernandez Practice, Starter Foundation, Inc., Practice Management Association, Inc., Practice Motivation, Inc., William D. Brown, Dr. Gilles Brunel, Alain Carbonneau, Valerie Carbonneau, Peter G. Fernandez, Xavier Fernandez, Esquire, Ruth Kalaman, Michael McKinely, Ralph Mendez, Dr. Rory Pierce, George B. Shaw, Ken Shemwell, Dr. Carl Taucci (ds) |
| 90/09/25 | | APPEARANCE: MARK D. ESTES, ESQ. for Bradley D. Thompson, D.C. (rh) |
| 90/10/01 | 2 | RESPONSE -- (to pldg. #1) Barry Canty, et al. and Patrick Montgomery, et al. -- w/Exhibits A-D and cert. of svc. (received 10/1/90) (rh) |
| 90/10/01 | 3 | RESPONSE -- (to pldg. #1) Gary Cohen, et al. and Gary Cohen, et al -- w/Exhibits A-B and cert. of svc. (received 10/1/90) (rh) |
| 90/10/03 | 4 | RESPONSE/MEMORANDUM -- (to pldg. #1) Dr. Becky Boros, et al.; Dr. Douglas Cochran, D.C., et al. and Dr. Mark Glesner, et al. -- w/Exhibits A-C and cert. of svc. (received 10/1/90) (rh) |
| 90/10/09 | 5 | REPLY -- Filed by Defts. Practice Management Associates, Inc., et al. -- w/Exhibit A and cert. of svc. (received 10/9/90) (rh) |
| 90/10/11 | | HEARING ORDER -- setting motion for transfer for Panel hearing on November 16, 1990, in Charleston, South Carolina (cdm) |

B.2

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 862 --  _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 90/11/16 | | HEARING APPEARANCES -- (For hearing in Sioux Falls, South Dakota on 11/16/90) CHARLES C. MURPHY, JR., ESQ. for Practice Management Associates, Inc., et al.; LAURIE WEBB DANIELS, ESQ. for Gary Cohen, Joseph Marfisi, Greogory C. Lucas, Clint Miller, Calvin Robbins, Frederick L. Hether, Joseph T. Canova, Kenneth N. Haas, Albert J. Skocik, Joe Frank Cherry, Matthew Tischler and Brock Pinelli; EDWIN A. FREY, ESQ. for Patrick Montgomery, et al. and Barry Canty, et al.; LARRY L. BEARD, ESQ. for Douglas Cochran, et al., Beck Boros, et al. and Mark Glesner, et al. (rh) |
| 90/12/03 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Northern District of Georgia to the Hon. G. Ernest Tidwell for pretrial proceedings (rh) |
| 90/12/03 | | TRANSFER ORDER -- Transferring A-1 thru A-6 and A-8 thru A-9 to the Northern District of Georgia pursuant to 28 U.S.C. §1407 (A-10 action is moot) -- Notified involved judges, clerks, counsel, Panel judges and misc. recipients (rh) |
| 91/01/07 | 4 | INTERESED PARTY RESPONSE -- (to pldg. #1) Filed by pltfs. in Lyle Berman, et al. Del-Val Financial Corp., et al., D. Delaware, C.A. No. 90 Civ 661 -- w/cert. of svc. (received 1/7/91) (rh) |
| 91/01/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-13 Practice Management Associates, Inc. v. Calvin C. Robbins, II, M.D. Florida, C.A. No. 91-28-Civ-T-98C -- B-14 Wayne Whalen, D.C. v. Practice Management Associates, Inc., et al., N.D. California, C.A. No. C90-3165-RHS -- Notified involved counsel and judges  (sg) |
| 91/02/08 | 6 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in B-13 Practice Management Associates, Inc. v. Calvin C. Robbins, II, M.D. Florida, C.A. No. 91-28-Civ-T-98C -- Notified involved counsel and judges (sg) |

JPML FORM 1A

*P.3*

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/02/08 | 6 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in B-13 Practice Management Associates, Inc. v. Calvin C. Robbins, II, M.D. Florida, C.A. No. 91-28-Civ-T-98C -- Notified involved counsel and judges (sg) |
| 91/02/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-14 Wayne Whalen, D.C. v. Practice Management Associates, Inc., et al., N.D. California, C.A. No. C90-3165-RHS -- Notified involved clerks and judges  (sg) |
| 91/02/13 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-15 Practice Management Associates, Inc. v. Matthew Tischler, M.D. Fla., C.A. No. 89-1494-CIV-T-17B; B-16 Practice Management Associates, Inc. v. Brock Pinelli, M.D. Fla., C.A. No. 90-CV-784; B-17 Practice Management Associates, Inc. v. Gregory C. Lucas, M.D. Fla., C.A. No. 90-1161-CIV-T-10C; B-18 Practice Management Associates, Inc. v. Gary I. Cohen, M.D. Fla., C.A. No. 90-1294-CIV-T-98A and B-19 Practice Management Associates, Inc. v. Albert J. Skocik, M.D. Fla., C.A. No. 90-1536-CV-T-98C -- Notified involved counsel and judges (rh) |
| 91/02/22 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-20 Practice Management Associates, Inc. v. Clyde Hensel, Jr., M.D. Florida, C.A. No. 91-24-Civ-T-17 (B); C-21 Practice Management Associates, Inc. v. Salvatore P. Tarsio, M.D. Florida, C.A. No. 91-75-Civ-T-17 and C-22 Practice Management Associates, Inc. v. Robert Pinto, et al., M.D. Florida, C.A. No. 91-76-Civ-T-17 -- Notified involved counsel and judges (rh) |
| 91/02/25 | 7 | WITHDRAWAL OF OPPOSTION TO CTO -- filed by pltf. Practice Management Associates, Inc. w/svc. (re:  B-13 Practice Management Associates, Inc. v. Calvin C. Robbins, II, M.D. Fla., C.A. No. 91-28-Civ-T-98C  (ds) |
| 91/02/25 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- B-13 Practice Management Associates, Inc. v. Calvin C. Robbins, II, M.D. Fla., C.A. No. 91-28-Civ-T-98C -- Notified invovled clerks and judges. (ds) |

JPML FORM 1A

B. 4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 862 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/03/01 | | CONDITIONAL TRANSFER ORDERS **FINAL** TODAY -- B-15 Practice Management Associates, Inc. v. Matthew Tischler, M.D. Fla., C.A. No. 89-1494-CIV-T-17B; B-16 Practice Management Associates, Inc. v. Brock Pinelli, M.D. Fla., C.A. No. 90-CV-784; B-17 Practice Management Associates, Inc. v. Gregory C. Lucas, M.D. Fla., C.A. No. 90-1161-CIV-T-10C; B-18 Practice Management Associates, Inc. v. Gary I. Cohen, M.D. Fla., C.A. No. 89-1294-CIV-T-98A and B-19 Practice Management Associates, Inc. v. Albert J. Skocik, M.D. Fla., C.A. No. 90-1536-CV-T-98C -- Notified involved judges and clerks (rh) |
| 91/03/12 | | CONDITIONAL TRANSFER ORDERS **FINAL** TODAY -- C-20 Practice Management Associates, Inc. v. Clyde Hensel, Jr., M.D. Fla., C.A. No. 91-24-Civ-T-17 (B); C-21 Practice Managemente Associates, Inc. v. Salvatore P. Tarsio, M.D. Fla., C.A. No. 91-75-Civ-T-17 and C-22 Practice Management Associates, Inc. v. Robert Pinto, et al., M.D. Fla., C.A. No. 91-76-Civ-T-17 -- Notified involved clerks and judges. (ds) |
| 91/05/06 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-23 Rudy Adler, D.C. v. Practice Management Association, Inc., et al., N.D. California, C.A. No. C 91-0809-FMS -- C-24 Dr. John Valentini, et al. v. Peter G. Fernandez, et al., S.D. Illinois, C.A. No. 91-CV-4078-JLF -- Notified involved counsel and judges (sg) |
| 91/05/22 | 8 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by plfts in (C-24) Dr. John Valentini, et al. v. Peter G. Fernandez, et al., S.D. Illinois, C.A. No. 91-CV-4078-JLF -- Notified involved counsel and judges (sg) |
| 91/05/22 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- (C-23) Rudy Adler, D.C. v. Practice Management Association, Inc., et al., N.D. California, C.A. No. C 91-0809-FMS -- Notified involved clerks and judges (sg) |
| 91/06/11 | 9 | MOTION/BRIEF TO VACATE CTO -- filed by pltfs. Dr. John Valentini, et al. (C-24 **Dr. John Valentini, et al. v. Peter G. Fernandez, et al.**, S.D. Illinois, C.A. No. 91-CV-4078-JLF) -- w/cert. of svc. (ds) |
| 91/06/14 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on July 26, 1991 in Portland Maine (sg) |

P.5

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 862 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/07/01 | 10 | RESPONSE -- (to pldg. #9) Practice Management Associates, Inc. -- w/**Exhibits A-C** and cert. of svc. (rh) |
| 91/07/16 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-25) Practice Management Associates, Inc. v. Victor V. Polidoro, M.D. Florida, C.A. No. 91-266-CV-T-15A -- Notified involved counsel and judges (sg) |
| 91/07/26 | | WAIVERS OF ORAL ARGUMENT (hearing on 7/26/91 in Portland Maine) -- ALL PARTIES WAIVED (ds) |
| 91/07/30 | | TRANSFER ORDER -- transferring C-24 to the N.D. Georgia (**Dr. John Valentini, et al. v. Peter G. Fernandez, et al., S.D. Illinois, C.A. No. 91-CV-4078-JLF**) -- Notified involved clerks, judges and counsel (ds) |
| 91/08/01 | | CONDITIONAL TRANSFER ORDER FINAL TODAY (C-25) Practice Management Associates, Inc. v. Victor V. Polidoro, M.D. Florida, C.A. No. 91-266-CV-T-15A -- Notified involved clerks and judges (sg) |
| 91/08/09 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-26 Practice Management Associates, Inc. v. Scott Gillman, M.D. Florida, C.A. No. 91-7-CIV-T-10A; D-27 Practice Management Associates, Inc. v. Stephan Dehaven, M.D. Florida, C.A. No. 91-42-CIV-T-10A; D-28 Practice Management Associates, Inc. v. Richard Matteo, M.D. Florida, C.A. No. 91-95-CIV-T-15C and C-29 Practice Management Associates, Inc. v. Kevin Anderson, M.D. Florida, C.A. No. 91-114-CIV-T-15B -- Notified involved counsel and judges (rh) |
| 91/08/26 | 11 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by plfts. Practice Management Associates, Inc in (D-29) Practice Management Associates, Inc. v. Kevin Anderson, M.D. Florida, C.A. No. 91-114-CIV-T-15B -- Notified involved counsel and judges (sg) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **862** -- _____

| Date | Pl. | Pleading Description |
|---|---|---|
| 91/08/27 | | CONDITIONAL TRANSFER ORDER **FINAL TODAY** -- D-26 Practice Management Associates, Inc. v. Scott Gilman, M.D. Florida, C.A. No. 91-7-CIV-T-10A; D-27 Practice Management Associates, Inc. v. Stephan Dehaven, M.D. Florida, C.A. No. 91-42-CIV-T-10A; D-28 Practice Management Associates, Inc. v. Richard Matteo, M.D. Florida, C.A. No. 91-95-CIV-T-15C -- Notified involved clerks and judges  (sg) |
| 91/09/10 | 12 | MOTION, BRIEF TO VACATE CTO -- filed by pltfs. Practice Management Associates, Inc. w/cert. of svc. -- (D-29 **Practice Management Associates, Inc. v. Kevin Anderson, M.D. Florida, C.A. No. 91-114-CIV-T-15B**) (ds) |
| 91/09/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-30 Practice Management Associates, Inc. v. Timothy S. Cheuvront, M.D. Florida, C.A. No. 91-5-CIV-T-98-C -- Notified involved counsel and judges (rh) |
| 91/10/09 | 13 | NOTICE OF OPPOSITION TO CTO -- Filed by pltf. Practice Management, Inc. (D-30 Practice Management Associates, Inc. v. Timothy S. Cheuvront, M.D. Fla., C.A. No. 91-5-CIV-T-98-C) -- Notified involved judges and counsel (ds) |
| 91/10/18 | | HEARING ORDER -- Setting Opposition of plfts. (D-29) Practice Management Associates, Inc. to transfer for Panel Hearing on November 22, 1991 in West Palm Beach, Florida -- Notified involved clerks, Judges and counsel (srg) |
| 91/10/24 | | REMAND ORDER, ORDER TO SHOW CAUSE AND FIRST AMENDMENT TO HEARING ORDER FILED ON OCT. 18, 1991 -- re D-28 Practice Management Associates, Inc. v. Richard Matteo, N.D. Ga., #91-2160 (M.D. Fla., #91-95-Civ-T-15C) -- notified involved judges, clerks and counsel  (cdm) |
| 91/10/25 | 14 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by plfts. Practice Management, Inc. w/cert. of svc. -- (D-30) Practice Management Associates, Inc. v. Timothy S. Cheuvront, M.D. Florida, C.A. No. 91-5-CIV-T-98-C  (srg) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 862 --   _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/11/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-31 Dr. John Valentini, et al. v. Practice Management Associates, Inc., et al., N.D. Illinois, C.A. No. 91-C-6963 -- Notified involved counsel and judges. (ds) |
| 91/11/18 | 15a | SUGGESTION OF REMAND -- Judge E. Ernest Tidwell filed N.D. GA, on 11/1/91 -- for following actions to be remanded:  A-1 Barry Canty, D.C., et al. v. Practice Management Associates, Inc., d/b/a/ Florida P.M.A., Inc., et al., N.D. Georgia, C.A. No. 90-2721 (N.D. California, C.A. No. 90-1585-EFL); A-2 Patrick Montgomery, et al. v. Practice Management Associates, Inc., d/b/a Florida P.M.A., Inc., et al., N.D. Georgia, C.A. No. 90-2722 (N.D. California, C.A. No. C-89-3411-DLJ); B-14 Wayne Whalen, D.C. v. Practice Management Associates, Inc., et al., N.D. Georgia, C.A. No. 91-729 (N.D. California, C.A. No. C903165-RHS); C-23 Rudy Adler, D.C. v. Practice Management Associates, Inc., et al., N.D. Georgia, C.A. No. 91-1220 (N.D. California, C.A. No., C91-0809-FMS) |
| 91/11/18 | | CONDITIONAL REMAND ORDER FILED TODAY -- A-1 Barry Canty, D.C., et al. v. Practice Management Associates, Inc., d/b/a/ Florida P.M.A., Inc., et al., N.D. Georgia, C.A. No. 90-2721 (N.D. California, C.A. No. 90-1585-EFL); A-2 Patrick Montgomery, et al. v. Practice Management Associates, Inc., d/b/a Florida P.M.A., Inc., et al., N.D. Georgia, C.A. No. 90-2722 (N.D. California, C.A. No. C-89-3411-DLJ); B-14 Wayne Whalen, D.C. v. Practice Management Associates, Inc., et al., N.D. Georgia, C.A. No. 91-729 (N.D. California, C.A. No. C903165-RHS); C-23 Rudy Adler, D.C. v. Practice Management Associates, Inc., et al., N.D. Georgia, C.A. No. 91-1220 (N.D. California, C.A. No., C91-0809-FMS) -- notified involved judges, clerks, and counsel (eem) |
| 91/11/22 | | HEARING APPEARANCE (for Panel Hearing in West Palm Beach, Florida on 11/22/91) -- JULEE L. MILHAM, ESQ. for Practice Management Associates, Inc. (kac) |
| 91/11/25 | 15 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in D-31 Dr. John Valentini, et al. v. Practice Management Associates, Inc., et al., N.D. Illinois, C.A. No. 91-C-6963 -- Notified involved counsel and judges (kac) |

JPML FORM 1A

**DOCKET ENTRIES**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO. 862 --  _____

| Date | Pldg. | Pleading Description |
|------|-------|----------------------|
| 91/12/02 | | TRANSFER ORDER -- C-28 Practice Management Associates, Inc. v. Richard Matteo, M.D. Florida, C.A. No. 91-95-Civ-T-15B and C-29 Practice Management Associates, Inc. v. Kevin Anderson, M.D. Florida, C.A. No. 91-114-Civ-T-15B (**Actions transferred to N.D. Georgia**) -- Notified involved counsel, judges, clerks and panel judges (rh) |
| 91/12/04 | | ORDER CONTINUING STAY OF CONDITIONAL REMAND ORDERS -- A-1 Barry Cantry, D.C., et al. v. Practice Management Associates, Inc., et al., N.D. Georgia, C.A. No. 1:90-CV-2721-GET (N.D. Cal., C.A. No. 90-01585); A-2 Patrick Montgomery, D.C., et al. v. Practice Management Associates, Inc., et al., N.D. Georgia, C.A. No. 1:90-CV-2722-GET (N.D. Cal., C.A. No. 89-3411-DLJ); B-14 Wayne Whalen, D.C. v. Practice Management Associates, Inc., et al., N.D. Georgia, C.A. No. 1:91-CV-729-GET (N.D. Cal., C.A. No. 90-3165) and C-23 Rudy Adler, D.C. v. Practice Management Associates, Inc., et al., N.D. Georgia, C.A. No. 1:91-CV-1220-GET (N.D. Cal., C.A. No. 91-0809) (**Conditional Remand Orders Filed on November 18, 1991 will be continued until January 2, 1992**) -- Notified involved counsel, judge and clerks (rh) |
| 91/12/10 | 16 | MOTION/BRIEF TO VACATE CTO - filed by pltf. Dr. John Valentini and Illinois pltfs with Exhibit A and cert. of svc. -- (D-31) Dr. John Valentini, et al. v. Practice Management Associates, Inc. et al., N.D. Illinois, C.A. No. 91-C-6963 (kac) |
| 91/12/17 | | AMENDED CERT. OF SVC. -- filed by Larry L. Beard, Esq. in Dr. John Valentini, et al. v. Practice Management Associates, Inc., et al., N.D. Illinois, C.A. 91-C-6963 (kac) |
| 91/12/19 | | HEARING ORDER -- Setting Opposition of pltfs. Dr. John Valentini, et al. in C-30 and **Practice Management Associates, Inc. in C-30** to transfer for Panel Hearing in Phoenix, Arizona on January 31, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 91/12/30 | 17 | RESPONSE -- (To pldg. #16) filed by deft. Practice Management Associates, Inc. -- with Exhibit A and cert. of svc. (kac) |

JPML FORM 1A                                                                    *P 9*

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **862** --

| Date | No. | Pleading Description |
|------|-----|---------------------|
| 92/01/02 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- A-1 Barry Canty, D.C., et al. v. Practice Management Associates, Inc., d/b/a Florida P.M.A., Inc., et al., N.D. Georgia, C.A. No. 90-2721 (N.D. California, C.A. No. 90-1585-EFL); A-2 Patrick Montgomery, et al. v. Practice Management Associates, Inc., d/b/a Florida P.M.A., Inc., et al., N.D. Georgia, C.A. No. 90-2722 (N.D. California, C.A. No. C-89-3411-DJL); B-14 Wayne Whalen, D.C. v. Practice Management Associates, Inc., et al. N.D. Georgia, C.A. No. 91-729 (N.D. California, C.A. No. C903165-RHS); C-23 Rudy Adler, D.C. v. Practice Management Associates Inc., et al., N.D. Georgia, C.A. No. 91-1220 (N.D. California, C.A. No. C91-0809-FMS) -- Notified involved transferor judge, clerks and counsel (kac) |
| 92/01/09 | 18 | RESPONSE (to pldg. #14) -- filed by pltfs. Dr. John Valentini, et al |
| 92/01/21 | 19 | SUPPLEMENTAL MEMORANDUM w/exhibits A thru M and cert. of svc. -- filed by Practice Management Associates, Inc. (ds) |
| 92/01/29 | 20 | RESPONSE (to pldg. 19) -- filed by pltfs. Dr. John Valentini, et al. w/cert. of svc. (ds) |
| 92/01/31 | | HEARING APPEARANCES -- (**For Hearing on 1/31/92 in Phoenix, AZ**) LARRY L. BEARD, ESQ. for Dr. John Valentini, et al. and RICHARD S. HUSZAGH, ESQ. for Practice Management Associates, Inc. (rh) |
| 92/01/31 | | WAIVER OF ORAL ARGUMENT -- (**For Hearing on 1/31/92 in Phoenix, AZ**) Michael E. Papierski (rh) |
| 92/02/24 | | TRANSFER ORDER FILED TODAY --transferring to the N.D. of Georgia (D-31) Dr. John Valentini, et al. v. Practice Management Associates, Inc., N.D. Illinois, C.A. No. 91-C-6963 -- Notified involved counsel, judges and clerks (kac) |
| 92/05/12 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (D-32) Practice Management Associates, Inc. v. James L. Pascoe, M.D. Florida, C.A. No.91-CV-1228; (D-33) Practice Management Associates, Inc. v. Dale Harrison, M.D. Florida, C.A. No. 91-CV-268; (D-34) Practice Management Associates, Inc. v. Robert Astroth, M.D. Florida, C.A. No. 91-CV-858 -- Notified involved judges and counsel (bas) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 862 --

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 92/05/28 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-32 Practice Management Associates, Inc. v. Pascoe, M.D. Fla., #91-CV-1228; D-33 Practice Management Associates, Inc. v. Harrison, M.D. Fla., #91-CV-268 and D-34 Practice Management Associates, Inc. v. Astroth, M.D. Fla., #91-CV-858 -- Notified involved judges and clerks (rh) |
| 92/06/22 | | TRANSFER ORDER -- C-30 Practice Management Associates, Inc. v. Timothy Cheuvront, M.D. Florida, C.A. No. 91-5-Civ-T-98-C (Action Transferred to N.D. Georgia) -- Notified involved counsel, judges, clerks and panel judges (rh) |

JPML Form 1

Revised: 8/78

## DOCKET NO. 862 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE PRACTICE MANAGEMENT ASSOCIATES, INC., CHIROPRACTOR CONTRACT LITIGATION

### SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| November 16, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/3/90 | TO | Unpublished | N.D. Georgia | G. Ernest Tidwell | |

**Special Transferee Information**

MDL-862
N. GA Master
1:90-CV-2806-GET

Pam Shirley 404-331-6613

DATE CLOSED: _____

JPML FORM 1

**LISTING OF INVOLVED ACTIONS**

*N.D. Georgia*
*G. Ernest Tidwell*

DOCKET NO. 862 -- In re Practice Management Associates, Inc., Chiropractor Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Barry Canty, et al. v. Practice Management Associates, Inc., d/b/a Florida P.M.A., Inc., et al. | Cal.,N. ~~Lynch~~ Jensen | 90-1585-EFL | 12-3-90 | 90-2721 | 1-2-92 D | |
| A-2 | Patrick Montgomery, et al. v. Practice Management Associates, Inc., d/b/a Florida P.M.A., Inc., et al. | Cal.,N. Jensen | C-89-3411-DLJ | 12-3-90 | 90-2722 | 1-2-92 D | |
| A-3 | Bradley D. Thompson, D.C. v. Practice Management Associates, Inc. | Cal.,S. Schwartz | 90-0278-S-M | 12-3-90 | 90-2723 | | |
| A-4 | Thomas J. Augat v. Practice Management Associates, Inc., et al. | Fla.,M. Castagna | 90-429-CIV-T-15B | 12-3-90 | 90-2726 | 8/27/92 D | |
| A-5 | Brock Pinelli v. Practice Management Associates, Inc. | Fla.,M. Castagna | 1:90-803-CIV-T-15B | 12-3-90 | 90-2727 | 6/09/92 D | |
| A-6 | Jerry W. Strickland, D.C. v. Practice Management Associates, Inc., etc. | Fla.,M. Castagna | 89-1265-CIV-T-15B | 12-3-90 | 90-2728 | 6/09/92 D | |
| A-7 | Gary Cohen, et al. v. Practice Management Associates, Inc., et al. | Ga.,N. Tidwell | 1:90-CV-1866-GET | — | — | 6/09/92 D | |
| A-8 | Dr. Becky Boros, et al. v. Practice Management Associates, Inc., et al. | Ill.,S. Foreman | 90-CV-4043 | 12-3-90 | 90-2724 | | |

DOCKET NO. 862 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | Dr. Douglas Cochran, D.C., et al. v. Practice Management Associates, Inc., et al. | Ill.,S. Foreman | 89-CV-4273 | 12-3-90 | 90-2225 | [redacted] | |
| A-10 | Dr. Mark Glesner, et al. v. Practice Management Associates, Inc., et al. [illegible] to transfer | Ill.,S. Foreman | 90-CV-4169 | | | 10/1-90 D | |
| XYZ-11 | Victor Polidoro v. Practice Management Associates, Inc., et al. | Ga.,N. | 90 CV2752 | — | | 6/09/92 D | |
| XYZ-12 | John Joseph Giovanelli v. Practice Management Associates, Inc., et al. | Ga.,N. | 90CV2696 | — | | 6/09/92 D | |
| B-13 | Practice Management Associates, Inc. v. Calvin C. Robbins, II 1/25/91 opposed [illegible] | Fla.,M. Castagna | 91-28-Civ-T-98C | 2/25/91 | 91CV994 | 6/09/92 D | |
| B-14 | Wayne Whalen, D.C. v. Practice Management Associates, Inc., et al. | Cal.,N. Schnacke | C90-3165-RHS | 2/12/91 | 91-729 | 1-2-92 D | ✓ |
| B-15 | Practice Management Associates, Inc. v. Matthew Tischler 2-13-91 1/25/91 | Fla.,M. Kovachevich | 89-1494-CIV-T-17B | 3-1-91 | 91-487 | 6/09/91 D | |
| B-16 | Practice Management Associates, Inc. v. Brock Pinelli 2-13-91 | Fla.,M. Jenkins | 90-CV-784 | 3-1-91 | 91-488 | 6/09/91 D | |
| B-17 | Practice Management Associates, Inc. v. Gregory C. Lucas 2-13-91 | Fla.,M. Hodges | 90-1161-CIV-T-10C | 3-1-91 | 91-489 | 6/09/91 D | |
| B-18 | Practice Management Associates, Inc. v. Gary I. Cohen 2-13-91 | Fla.,M. Jenkins | 90-1294-CIV-T-98A | 3-1-91 | 91-490 | 6/09/91 D | |
| B-19 | Practice Management Associates, Inc. v. Albert J. Skocik 2-13-91 | Fla.,M. Jenkins | 90-1536-CV-T-98C | 3-1-91 | 91-491 | 6/09/91 D | |

DOCKET NO. 862 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-20 | Practice Management Associates, Inc. v. Clyde Hensel, Jr. 2-22-91 | M.D.Fla. Kovachevich T-17(B) | 91-24-Civ- | 3/12/91 | 91-593 | 2/11/94 D | ✓ |
| C-21 | Practice Management Associates, Inc. v. Salvatore P. Tarsio 2-22-91 | M.D.Fla. Kaovachevich T-17 | 91-75-Civ- | 3/12/91 | 91-594 | 6/17/93 D | ✓ |
| C-22 | Practice Management Associates, Inc. v. Robert Pinto, et al. 2-22-91 | M.D.Fla. Kovachevich T-17 | 91-76-Civ- | 3/12/91 | 91-595 | 2/11/94 D | ✓ |
| C-23 | Rudy Adler, D.C. v. Practice Management Association, Inc., et al. 5/6/91 | N.D.Cal. Smith | C 91-0809-FMS | 5/22/91 | 91-1326 | 1-2-92 D | |
| C-24 | Dr. John Valentini, et al. v. Peter G. Fernandez, et al. opposed 5/6/91 5/22/91 | S.D.Ill. Foreman | 91-CV-4078-JLF | 7/30/91 | 1:91-CV-1839 | 10/9/91 D | |
| C-25 | Practice Management Associates, Inc. v. Victor V. Polidoro 7/16/91 | M.D.Fla. Castagna | 91-226-CV-T 91-266-CV-T-15 | 8/1/91 | 1:91-CV-1856 | 6/09/92 D | |
| D-26 | Practice Management Associates, Inc. v. Scott Gillman 8-9-91 | M.D.Fla. Hodges | 91-7-CIV-T-10A | 8/27/91 | 91-2158 | | |
| D-27 | Practice Management Associates, Inc. v. Stephan Dehaven 8-9-91 | M.D.Fla. Hodges | 91-42-CIV-T-10A | 8/27/91 | 91-2159 | 3/4/94 D | |
| D-28 | Practice Management Associates, Inc. v. Richard Matteo 8-9-91 | M.D.Fla. Castagna | 91-95-CIV-T-15C | 8/27/91 12-2-91 | 91-2160 | Remanded to State Court 1/13/92 | |
| D-29 | Practice Management Associates, Inc. v. Kevin Anderson 8-9-91 opposed 8/26/91 | M.D.Fla. Castagna | 91-114-CIV-T-15B | 12-2-91 | 91-3037 | 1/13/92 Remanded to State Court | |
| D-30 | Practice Management Associates, Inc. v. Timothy S. Cheuvront 9-24-91 opposed 10/9/91 | M.D.Fla. Nimmons | 91-5-CIV-T-98C | 6-22-92 | 92-1576 | 11/19/92 D | |
| D-31 | Dr. John Valentini, et al. v. Practice Management & Associates, etal. opposed 11/25 11/13/91 | N.D.Il. Kocoras | C.A. No. 91-C-6963 | 2/24/92 | 92-509 | | ✓ |

DOCKET NO. __862__ -- In re Practice Management Associates, Inc., Chiropractor Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-32 | Practice Management Associates, Inc. v. James L. Pascoe 5-12-92 | Fla.,M. Nimmons | 91-CV-1228 | 5-28-92 | 1:92-CV-1328 GET | 7/6/92 D | remanded to State court by J. Indus |
| D-33 | Practice Management Associates, Inc. v. Dale Harrison 5-12-92 | Fla.,M. Nimmons | 91-CV-268 | 5-28-92 | 1:92-CV-1326 " | 7/9 | remanded to State |
| D-34 | Practice Management Associates, Inc. v. Robert Astroth 5-12-92 | Fla.,M. Nimmons | 91-CV-858 | 5-28-92 | 1:92-CV-1327 | 7/21/92 | Remanded to State Court |
| | July 1992 - 11 tr / 33 ~~outstand~~ July, 1992 - 20 dis't / 13 Pending | | | | | | |
| XYZ-35 | Joseph R. Gitto v. Practice Management, et al | N.D. GA. Tidwell | 91-628 | | | 6/29/92 D | |
| XYZ-36 | Kevin Yates v. Practice Management, et al. | N.D.GA. Tidwell | 91-CV-705 | | | 6/9/92 D | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __862__ -- __In re Practice Management Associates,Inc., Chiropractor__
                          Contract Litigation

| Liaison Counsel for Defendants | Liaison Counsel for Plaintiffs |
|---|---|
| Charles C. Murphy, Jr., Esquire | Laurie Webb Daniel, Esquire |
| Vaughan & Murphy | Webb & Daniel |
| Two Ravinia Drive | 3100 IBM Tower |
| Suite 1200 | One Atlantic Center |
| Atlanta, Georgia  30346 | 1201 West Peachtree Street, N.W. |
| | Atlanta, Georgia  30309-3400 |

JPML Form 4                                             p. 1

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 862 -- In re Practice Management Associates, Inc., Chiropractor Contract

Litigation

---

COTELLO LEASING COMPANY, INC.
DR. PETER FERNANDEZ, P.C.
P.M.A. COMPUTER SERVICES, INC.
P.M.A. EQUIPMENT CO., INC.
P.M.A. PRINTING COMPANY, INC.
P.M.A. SIGNS, INC.
P.M.A. WINNERS CIRCLE OFFICE
    SUPPLIES, INC.
PETER G. GERNANDEZ PRACTICE
    STARTER FOUNDATION, INC.
PRACTICE MANAGEMENT ASSOCIATION,
    INC.
PRACTICE MOTIVATION, INC.
WILLIAM D. BROWN
DR. GILLES BRUNEL
ALAIN CARBONNEAU
VALERIE CARBONNEAU
PETER G. FERNANDEZ
XAVIER FERNANDEZ, ESQUIRE
RUTH KALAMAN
MICHAEL MCKINELY
RALPH MENDEZ
DR. RORY PIERCE
GEORGE B. SHAW
KEN SHEMWELL
DR. CARL TAUCCI
Charles C. Murphy, Jr., Esquire
Vaughan & Murphy
Two Ravinia Drive
Suite 1200
Atlanta, Georgia  30346

BLACK COMPANY
WHITE COMPANY
BLUE/GREEN COMPANY
BLUE COMPANY
RED COMPANY
YELLOW COMPANY
BROWN COMPANY
(NO APP. REC'D)
Emmett Raitt, Esquire
Raitt & Dobrin
555 Anton Boulevard
Suite 850
Costa Mesa, California  92626-1917

BARRY CANTY, ET AL. (A-1)
PATRICK MONTGOMERY, ET AL. (A-2)
Edwin A. Frey, Esquire
Baskin, Grant & Joseph
730 Mission Street
Suite 1
Santa Cruz, California  95060

BRADLEY D. THOMPSON, D.C. (A-3)
Mark D. Estes, Esq.
Law Offices of Mark D. Estes
1420 Kettner Blvd., 7th Floor
San Diego, California  92101

THOMAS J. AUGAT (A-4)
(NO APP. REC'D)
Orville T. Ranger, Esquire
20 Federal Street
Post Office Box 694
Brunswick, Maine  04011-0694

BROCK PINELLI (A-5)
GARY COHEN, ET AL. (A-7)
Laurie Webb Daniel, Esquire
Webb & Daniel
3100 IBM Tower
One Atlantic Center
1201 West Peachtree Stree, N.W.
Atlanta, Georgia  30309-3400

JERRY W. STRICKLAND, D.C. (A-6)
(NO APP. REC'D)
Joshua M. Landish, Esquire
818 East Charleston Boulevard
Las Vegas, Nevada  89104

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _2_____

DOCKET NO. _862_____ -- _____

---

DR. BECKY BOROS, ET AL. (A-8)
DR. DOUGLAS COCHRAN, D.C.,
  ET AL. (A-9)
DR. MARK GLESNER, ET AL. (A-10)
Larry L. Beard, Esquire
814 West Main
Carbondale, Illinois  62901

*4*


A COMPANY
B COMPANY
D COMPANY
E COMPANY
F COMPANY
JOHN AND MARY
Unable to Determine Counsel or Address


DEFENDANT B-13
Calvin C. Robbins, II
5225 Fleetwood Oats
#417
Dallas, Texas  75235


WAYNE WHALEN, D.C. (B-14)
Edwin A. Frey, Esquire
Baskin, Grant & Joseph
730 Mission Street, Suite 1
Santa Cruz, CA  95060

---

PRACTICE MANAGEMENT ASSOCIATES, INC. (B-15 THRU
  B-19)
Thomas M. Gonzalez, Esq.
109 North Brush, Suite 200
Tampa, FL  33602


  Xavier J. Fernandez, Esq.
  Melissa Gilkey Mince, Esq.
  Fernandez & Saunders
  3491 Gandy Blvd. North
  Pinellas Park, FL  34665

*6*


Julee L. Milham, Esq.
P.O. Box 66504
St. Petersburg Beach, FL  33736

*5*


MATTHEW TISCHLER (Deft. in B-15)
Laurie Webb Daniel, Esq.
(Listed on p. 1)


Jonathan C. Koch, Esq.
Holland & Knight
P.O. Box 1288
Tampa, FL  33601


BROCK PINELLI (Deft. in B-16)
Laurie Webb Daniel, Esq.
(Listed on p. 1)


GREGORY C. LUCAS (Deft. in B-17)
Jean Ramsay Simons, Esq.
Simons & Seeley
4300 Duhme Road, Suite 303
Madeira Beach, FL  33708

Laurie Webb Daniel, Esq.
(Listed on p. 1)
GARY I. COHEN (Deft. in B-18)
Laurie Webb Daniel, Esq.
(Listed on p. 1)


ALBERT J. SKOCIK (Deft. in B-19)
Laurie Webb Daniel, Esq.
(Listed on p. 1)

JPML FORM 2A -- Continuation

Counsel of Record -- p. <u>3</u>

DOCKET NO. <u>862</u> -- _____

---

PRACTICE MANAGEMENT ASSOCIATES, INC.
(C-20 thru C-22)
Melissa Gilkey Mince, Esquire
Fernandez & Saunders, P.A.
3491 Gandy Blvd. N.
Pinellas Park, Florida  34665


CLYDE HENSEL, JR. (deft. in C-20)
Jean Ramsay Simons, Esquire
Simons & Seeley, P.A.
4300 Duhme Road, Suite 303
Madeira Beach, Florida  33708


SALVATORE P. TARSIO (deft. in C-21)
9417 225th Street
Bellerose, New York  11001


ROBERT PINTO, ET AL. (defts. in C-22)
6327 N. Hazelwood Avenue
Davenport, Iowa  52806


ANNE E. PINTO (Deft. in C-22)
(Address Same as Robert Pinto)


RUDY ADLER, D.C. (C-23)
David Green Baskin, Esq.
Edwin A. Frey, Esq.
Baskin, Grant & Joseph
730 Mission St., Suite 1
Santa Cruz, CA  95060


DR. JOHN VALENTINI, ET AL. (C-24)
Larry L. Beard, Esq.
814 West Main St.
Carbondale, IL  62901


PMA TAX ADVISORY GROUP
BUSINESS CREDIT LEASING, INC.
FIRST FLORIDA BANK
~~MELISSA GILKEY MINCE~~
~~JULIE MILHAM~~
CARL R. REGENHARDT  (Defts. in C-24)
UNABLE TO DETERMINE COUNSEL OR ADDRESS


PMA (Local Counsel C-24)  (No Appl Rec'd)
Richard Husyagh, Esq.
Rudnick & Wolfe
203 N. LaSalle St., Suite 1800
Chicago, IL  60601

---

PRACTICE MANAGEMENT ASSOCIATES, INC.
(C-25)
Melissa Gilkey Mince, Esquire
(Same address as C-20 thru C-22)


VICTOR V. POLIDORO (Deft. in C-25)
Laurie Webb Daniel, Esquire
(address previously listed)


PRACTICE MANAGEMENT ASSOCIATES, INC. (D-26 THRU D-29)
Melissa Gilkey Mince, Esq.
Fernandez & Saunders, P.A.
3491 Gandy Blvd. N.
Pinellas Park, FL  34665


Julee L. Milham, Esq.
P.O. Box 66504
St. Petersburg Beach, FL  33736


SCOTT GILLMAN  (Deft. in D-26)
STEPHAN DEHAVEN (Deft. in D-27)
RICHARD MATTEO (Deft. in D-28)
KEVIN ANDERSON (Deft. in D-29)
Jean Ramsay Simons, Esq.
Simons & Seeley, P.A.
4300 Duhme Road, Suite 303
Madeira Beach, FL  33708


PRACTICE MANAGEMENT ASSOCIATES, INC. (D-30)
Melissa Gilkey Mince, Esq.


(Same As D-26)


TIMOTHY S. CHEUVRONT (Deft. in D-30)
Jean Ramsay Simons, Esq.
Simons & Seeley, P.A.
(Already Listed Above)

JPML Form 4

### ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 862 -- In re Practice Management Associates, Inc., Chiropractor
Contract Litigation

========================================================================

DR. JOHN VALENTINI, ET AL.
  (D-31)
Larry L. Beard, Esq.
814 West Main Street
Carbondale, IL  62901

BUSINESS CREDIT LEASING, INC.
(Deft. D-31)
David L. Pinsel, Esq.
Law Offices of Stephen B. Cohen,
  P.C.
5215 Old Orchard Rd., Suite 740
Skokie, IL  60077

PRACTICE MANAGEMENT ASSOCIATES,INC.
COTELLO LEASING CO., INC.
DR. PETER G. FERNANDEZ
XAVIER FERNANDEZ, ESQ.
DR. WILLIAM D. BROWN
DR. GILLES BRUNEL
(Deft. D-31)
Richard S. Huszagh, Esq.
Rudick & Wolfe
Suite 1800
203 North La Salle Street
Chicago, IL  60601-1293

MICHAEL PAPIERSKI
(Deft. D-31)
Patricia M. Neoonan
Alholm & Monchan
180 North Wacker Dr.
Suite 600
Chicago, IL  60606

CORPORATE DOCUMENT SERVICES
(Deft. D-31)
Unable to determine counsel or
mailing address

PRACTICE MANAGEMENT ASSOCIATES,
INC. (D-32 thru D-34)
Melissa Gilkey Mince, Esq.
Alberto Alejandro Lense
Fernandez & Saunders, P.A.
(Already Listed on page 3)

JAMES L. PASCOE (Deft. in D-32)
DALE HARRISON (Deft. in D-33)
ROBERT ASTROTH (Deft. in D-34)
Frederick Timothy Lowe, Esq.
3825 Henderson Blvd.
Suite 601A
Tampa, Florida  33629

Gene A. Turk, Jr., Esq.
Law Offices of Gene A. Turk, Jr.
P. O. Box 99
Cardondale, Illinois  62903-0099

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 862 -- In re Practice Management Associates, Inc., Chiropractor Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Practice Management ASsoc. d/b/a Florida P.M.A., Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10 14, C-23, C-24, D-31 |
| P.M.A. Equipment Co., Inc. | A-1, A-2, A-4, A-7, A-8, A-10, C-24 |
| Peter Fernandez | A-1, A-2, A-4, A-7, A-8, A-9, A-10 14, C-23, C-24 |
| D.C. | A-1, A-2, A-4, A-9, D-31 |
| Xavier Fernandez, Esq. | A-1, A-2, A-4, A-7, A-8, A-10, D-31 14, C-23 |
| Black Company | A-1, A-2 14, C-23 |
| White Company | A-1, A-2 14, C-23 |
| Green Company/Blue Green Co. | A-1, A-2 14 |
| Blue Company | A-1, A-2 14, C-23 |
| Red Company | A-1, A-2, C-23 |
| Yellow Company | A-1, A-2 14, C-23 |

p. _2_

| | |
|---|---|
| Brown Company | A-1, A-2, 14, C-23 |
| John and Mary | A-4 |
| P.M.A. Winners Circle, Inc. | A-7 |
| P.M.A. Computer Systems, Inc. | A-7, A-8, A-10, C-24 |
| Practice Motivation, Inc. | A-7, A-8, A-10, C-24 |
| Chiropractic Achievers, Inc. | A-7 |
| Xavier J. Fernandez, P.A. | A-7 |
| Xavier J. Fernandez | A-7, C-24, D-31 |
| William D. Brown | A-7, A-8, A-10, C-24, D-31 |
| Alain R. Carobonneau | A-7, A-8, A-10 |
| Valerie Carbonneau | A-7, A-8, A-10 |

JPML FORM 3

p. __3__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _862_ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Cotello Leasing Co., Inc. | A-8, A-10, C-24, D-31 |
| PMA Signs, Inc. | A-8, A-10, C-24 |
| PMA Printing Co., Inc. | A-8, A-10, C-24 |
| PMA Winner's Circle Office Supplies, Inc. | A-8, A-10, C-24 |
| Peter G. Fernandez Practice Starter Foundation, Inc. | A-8, A-10, C-24, D-31 |
| Dr. Gilles Brunel | A-8, A-10, C-24, D-31 |
| Ralph Menendez | A-8, A-10 |
| Ken Shemwell | A-8, A-10 |
| Ruth Kalaman | A-8, A-10 |
| Michael McKinley | A-8, A-10 |
| Dr. Rory Pierce | A-8, A-10, C-24 |

p. 4

| | |
|---|---|
| George B. Shaw | A-8, A-10 |
| Dr. Carl Taucci | A-8, A-10 |
| A Company | A-4 |
| Steven Sullivan | A-10 |
| B Company | A-4 |
| D Company | A-4 |
| E Company | A-4 |
| F Company | A-4 |
| *Calvin Robbins* | B-13 |
| Matthew Tischler | B-15 |
| Brock Pinelli | B-16 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 862 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Gregory C. Lucas | B-17 |
| Gary I. Cohen | B-18 |
| Albert J. Skocik | B-19 |
| Clyde Hensel, Jr. | C-20 |
| Salvatore P. Tarsio | C-21 |
| Robert Pinto | C-22 |
| Ann E. Pinto | C-22 |
| PMA Tax Advisory Group | C-24 |
| Business Credit Leasing, Inc. | C-24, D31 |
| First Florida Bank | C-24 |
| Melissa Gilkey Mince | C-24 |

p. 6

| | | |
|---|---|---|
| Julie Milham | C-24 | |
| Carl R. Regenhardt | C-24 | |
| Victor V. Polidoro | C-25 | |
| Scott Gillman | D-26 | |
| Stephan Dehaven | D-27 | |
| Richard Matteo | D-28 | |
| Kevin Anderson | D-29 | |
| Timothy S. Cheuvront | D-30 | |
| Corporate Document Services | D-31 | |
| Michael Papierski | D-31 | |
| | | |

JPML FORM 3

p. __7__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __862__ -- In re Practice Management Associates, Inc., Chiropractor Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| James L. Pascoe | D-32 |
| Dale Harrison | D-33 |
| Robert Astroth | D-34 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |